1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 1:20-MJ-0123-BAM
12 |                         Plaintiff,    | FINDINGS AND ORDER EXTENDING TIME FOR
   |                                       | PRELIMINARY HEARING PURSUANT TO RULE
13 |           v.                          | 5.1(d) AND EXCLUDING TIME
14 | GARRETT SCOTT WHEELEN,                | DATE: December 18, 2020
   |                                       | TIME: 2:00 p.m.
15 |                         Defendant.    | COURT: Hon. Stanley A. Boone
16

17
         The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing
18
   Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on December 11, 2020.
19
   The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,
20
   demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule
21
   5.1(d) of the Federal Rules of Criminal Procedure.
22
         Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
23
   of justice served by granting this continuance outweigh the best interests of the public and the defendant
24
   in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would
25
   not adversely affect the public interest in the prompt disposition of criminal cases.
26
         THEREFORE, FOR GOOD CAUSE SHOWN:
27
         1.      The date of the preliminary hearing is extended to January 22, 2021, at 2:00 p.m.
28

2. The time between December 18, 2020, and January 22, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:   **December 11, 2020**

_____
UNITED STATES MAGISTRATE JUDGE