PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>GARRETT SCOTT WHEELEN,<br><br>                          Defendant. | CASE NO.  1:21-CR-105-NONE-SKO<br><br>STIPULATION TO VACATE PRELIMINARY HEARING DATE, SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER<br><br>DATE: April 23, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a preliminary hearing on April 23, 2021.

2.     By this stipulation, defendant now moves to vacate the preliminary hearing and set the matter for change of plea before the District Court on May 6, 2021, and to exclude time between April 23, 2021, and May 6, 2021, under 18 U.S.C. §§ 3161 (h)(1)G), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv).

3.     The parties agree and stipulate, and request that the Court find the following:

          a)     The parties have been informed that the Court is available for a change of plea hearing on May 6, 2021.

STIPULATION

1

b)      As the defendant does not intend on going to trial, the parties request that the preliminary hearing date be vacated.  Vacating the preliminary hearing date will conserve judicial resources for a case that has been resolved by a plea agreement.

c)      By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., through and including April 23, 2021.  In an abundance of caution, the parties also request that time be excluded under the Speedy Trial Act from the April 23, 2021 through and including May 6, 2021, to allow defendants to continue to consult with counsel and to prepare for and attend the change of plea hearing.

d)      The government agrees to, and seeks, the continuance/time exclusion.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2021 to May 6, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161 (h)(1)G), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 20, 2021

PHILLIP A. TALBERT
Acting United States Attorney


/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney


Dated:  April 20, 2021

/s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
GARRETT SCOTT WHEELEN


## FINDINGS AND ORDER


IT IS SO FOUND AND ORDERED this 20th day of April, 2021.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2021 through May 6, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161 (h)(1)G), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv).  At the request of the parties, the April 23, 2021, preliminary hearing in the above case is **VACATED** and parties shall appear on May 6, 2021 for a change of plea hearing.

IT IS SO ORDERED.

Dated:  __**April 20, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE