HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GARRETT SCOTT WHEELEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GARRETT SCOTT WHEELEN,<br>Defendant. | Case No. 1:21-cr-00105-NONE-SKO<br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br>Date: August 13, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Robert J. Artuz, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Garrett Scott Wheelen, that the Court may continue the sentencing hearing from July 30, 2021, to August 13, 2021, at 9:00 a.m.

The requested continuance is necessary to accommodate defense counsel's schedule and for the completion of the defense investigation related to sentencing. Counsel for the government has no objection to the requested change of date. The current schedule for objections will remain unchanged.

As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: July 21, 2021

*/s/ Robert J. Artuz*
ROBERT J. ARTUZ
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 21, 2021

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
GARRETT WHEELEN

**ORDER**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for July 30, 2021, to August 13, 2020, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **July 21, 2021**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE