| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 17, 2021<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>GARRETT SCOTT WHEELEN,<br><br>Defendant. | Case No.  1:21-CR-00105-TLN-01<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release GARRETT SCOTT WHEELEN, Case No. 1:21-CR-00105-TLN-01, Charges 18 U.S.C. § 1341 and 18 U.S.C. § 1708, from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____        Unsecured Appearance Bond    $ _____

_____        Appearance Bond with 10% Deposit

_____        Appearance Bond with Surety

_____        Corporate Surety Bail Bond

**X**            (Other):  The defendant shall be released on Monday, December 20, 2021, at 9:00 a.m, to a representative from the Federal Defender's Office for transportation directly to the residential Teen Challenge Program in Reedley, California.

Issued at Sacramento, California on December 17, 2021.

Troy L. Nunley
United States District Judge