HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GARRETT SCOTT WHEELEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT SCOTT WHEELEN,<br><br>Defendant. | Case No. 1:21-cr-00105-TLN-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING; ORDER<br><br>Date:   September 15, 2020<br>Time:   9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Robert J. Artuz, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Garrett Scott Wheelen, that the Court may continue the status conference regarding sentencing from June 14, 2022, to September 15, 2022, at 9:30 a.m.

Defense counsel confirmed that Mr. Wheelen is doing well in residential treatment at the Central Valley Teen Challenge program. The parties will be prepared to provide another update on Mr. Wheelen's progress prior to the next status conference date.

As this is a sentencing matter, no exclusion of time is necessary.

///

///

                                                Respectfully submitted,

                                                PHILLIP A. TALBERT
United States Attorney

Date: June 13, 2022                      */s/ Robert J. Artuz*
                                                ROBERT J. ARTUZ
Assistant United States Attorney
Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
Federal Defender

Date: June 13, 2022                      */s/ Christina M. Corcoran*
                                                CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
GARRETT WHEELEN

## **O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the status conference regarding sentencing currently scheduled for June 14, 2022, to September 15, 2022 at 9:30 a.m.

Dated: June 13, 2022

                                                        Troy L. Nunley
                                                        United States District Judge