1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, Bar # 344683
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   GARRETT SCOTT WHEELEN

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:21-cr-00105-TLN-SKO

12            Plaintiff,               STIPULATION TO CONTINUE STATUS
                                       CONFERENCE REGARDING SENTENCING;
13  vs.                                ORDER

14  GARRETT SCOTT WHEELEN,             Date:  December 1, 2022
                                       Time:  9:30 a.m.
15            Defendant.               Judge: Hon. Troy L. Nunley

16

17       **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18  counsel, Assistant United States Attorney Robert J. Artuz, counsel for plaintiff, and Assistant

19  Federal Defender Christina M. Corcoran, counsel for defendant Garrett Scott Wheelen, that the

20  Court may vacate the status conference regarding sentencing scheduled for September 15, 2022,

21  at 9:30 a.m. and set the matter for sentencing on December 1, 2022.

22       Defense counsel confirmed that Mr. Wheelen is doing well in residential treatment at the

23  Central Valley Teen Challenge program.  The parties have inquired as to the possibility of

24  holding the hearing by Zoom, as Mr. Wheelen will be in his last days at the Teen Challenge

25  program in Reedley, California, and defense counsel and the assigned probation officer both

26  work in Fresno.

27       As this is a sentencing matter, no exclusion of time is necessary.

28  ///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 12, 2022          /s/ Robert J. Artuz
                                  ROBERT J. ARTUZ
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  HEATHER E. WILLIAMS
                                  Federal Defender


Date: September 12, 2022          /s/ Christina M. Corcoran
                                  CHRISTINA M. CORCORAN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  GARRETT WHEELEN


# **O R D E R**

GOOD CAUSING APPEARING, the Court hereby vacates the status conference

regarding sentencing currently scheduled for September 15, 2022 at 9:30 a.m. and sets the matter

for sentencing on December 1, 2022, at 9:30 a.m.


Dated:  September 13, 2022

                                  _____
                                  Troy L. Nunley
                                  United States District Judge

Wheelen/ Stipulation and
Proposed Order