HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar # 344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GARRETT SCOTT WHEELEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT SCOTT WHEELEN,<br><br>Defendant. | Case No. 1:21-cr-00105-TLN-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Date:   February 9, 2023<br>Time:  9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel,

Assistant United States Attorney Dhruv Sharma, counsel for plaintiff, and Assistant Federal

Defender Christina M. Corcoran, counsel for defendant Garrett Scott Wheelen, that the Court

may continue the sentencing hearing from  December 1, 2022 until February 9, 2023.  The

continuance is necessary to accommodate defense counsel's schedule and will give the parties

additional time for investigation and negotiations pertaining to sentencing.  It will also allow Mr.

Wheelen to take advantage of Teen Challenge's Re-entry program.

Defense counsel confirmed that Mr. Wheelen is doing well in residential treatment at the

Central Valley Teen Challenge program and is scheduled to graduate from the program on

December 4, 2022.  After graduation Mr. Wheelen will be transitioning to the program's Re-

entry program.

As this is a sentencing matter, no exclusion of time is necessary.

1

2                                      Respectfully submitted,

3                                      PHILLIP A. TALBERT
                                       United States Attorney
4

5    Date: November 21, 2022           */s/ Dhruv Sharma*_____
                                       DHRUV SHARMA
6                                      Assistant United States Attorney
                                       Attorney for Plaintiff
7

8                                      HEATHER E. WILLIAMS
                                       Federal Defender
9

10   Date: November 21, 2022           */s/ Christina M. Corcoran*_____
                                       CHRISTINA M. CORCORAN
11                                     Assistant Federal Defender
                                       Attorney for Defendant
12                                     GARRETT WHEELEN

13

14                          **O R D E R**

15        GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing

16   currently scheduled for December 1, 2022 at 9:30 a.m. and sets the matter for sentencing on

17   February 9, 2023, at 9:30 a.m.

18

19   Dated:  November 22, 2022

20                                     _____
                                       Troy L. Nunley
21                                     United States District Judge

22

23

24

25

26

27

28
     Wheelen/ Stipulation and
     POrder