UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

### AMENDED PRETRIAL SERVICES VIOLATION PETITION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>**Garrett Scott Wheelen** | **Docket No. 1:21-CR-00105-TLN**<br>**Federal Charges**: On May 6, 2021, the defendant pled guilty to Mail Fraud; and Possession of Stolen Mail. On February 9, 2023, Mr. Wheelen was sentenced to 24 months custody of the Bureau of Prisons. He is due to self-surrender on May 29, 2023. |

**COMES NOW,** Taifa M. Gaskins, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Garrett Scott Wheelen, who was placed on bond by the Honorable Troy L. Nunley, U.S. District Judge, sitting in the Court at Sacramento, California, on December 14, 2021, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1) You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used; 2) You must report any contact with law enforcement to your pretrial services officer within 24 hours; and 3) You must participate in the substance abuse treatment program at the Teen Challenge inpatient facility and comply with all the rules and regulations of the program. You must remain at Teen Challenge until released by the pretrial services officer. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing.

**ALLEGED VIOLATION CONDUCT:** On April 21, 2023, Mr. Wheelen was arrested by the Fresno Police Department on two separate warrants for cases and conduct which allegedly occurred prior to Pretrial Services supervision. (Take Vehicle Without Owner's Consent/Vehicle Theft; and Possess Intent to Use Vehicle Master Key). Mr. Wheelen was released from custody on April 25, 2023, and did not notify Pretrial Services of his arrest upon his release from custody.

During a conversation (initiated by Pretrial Services) with Mr. Wheelen on April 26, 2023, he admitted to relapsing on methamphetamine on April 23, 2023, while in custody. He was instructed to report to the Pretrial Services Office in Fresno, California, on April 27, 2023, to submit a drug test, which he did. He then clarified he actually used methamphetamine on April 24, 2023 (not April 23, 2023). The defendant's drug test result was presumptively positive for methamphetamine, and it was sent to the National Laboratory for confirmation. While at the Pretrial Services office, the defendant signed an admission form admitting that he snorted one line of methamphetamine on April 24, 2023.

In addition, Mr. Wheelen was discharged from the Teen Challenge program. A representative with the program advised that when Mr. Wheelen was arrested, the staff packed up his belongings and found syringes. The staff believes the syringes were utilized for metabolic steroids, which are not permitted in the program. They also advised he did not have prescription on file for the steroids with the program. The defendant admitted he used the syringes for testosterone injections. Mr. Wheelen was allowed to return to the program and obtain his belongings, however, staff advised him (and Pretrial Services) that he would not be permitted to return to the program. Pretrial Services ultimately was able to reach Mr. Wheelen by phone on April 26, 2023. He admitted he did not return to Teen Challenge on April 25, 2023, and instead stayed at a hotel in Fresno. He noted he was upset over the events of the past few days.

PRAYING THAT THE COURT WILL ORDER a Pretrial Services violation hearing on May 3, 2023, at 2:00pm, before the Duty Magistrate Judge.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Taifa M. Gaskins
U.S. Pretrial Services Officer

Dated: May 2, 2023

## ORDER

- ☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
- ☐ The Court hereby orders this ex parte motion and order be sealed.
- ☐ The Court orders a summons be issued with an appearance date of
- ☒ The Court hereby orders this matter placed on the Duty Magistrate Judge's calendar on Wednesday May 3, 2023, at 2:00pm and orders the pretrial services officer to contact the defendant and/or attorney of record to advise them of said order.
- ☐ The Court orders no action be taken.
- ☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Dated: May 2, 2023

UNITED STATES MAGISTRATE JUDGE