PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00105-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
| GARRETT SCOTT WHEELEN, | |
| Defendant. | |

The parties stipulate as follows:

1. On May 1, 2024, an Order re Petition for Violation of Probation/Supervised Release was filed, and the Court issued an arrest warrant for defendant Garrett Scott Wheelen. [ECF 76.] The defendant had his initial appearance on the petition on May 6, 2024, and the Court ordered the defendant detained and set a status conference for May 22, 2024. [ECF 80.]

2. On May 16, 2024, a complaint was filed against the defendant for violations under 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) – Possession of 500 grams or more of methamphetamine with intent to distribute. The case number for the separate complaint is 1:24-MJ-00059-BAM.

3. The defendant had his initial appearance on the complaint on May 21, 2024. At the hearing the government moved for detention and the Court continued the detention hearing to May 24, 2024.

4. Now, the parties have agreed to continue the May 22, 2024, status conference in the Case

1

1  No. 1:21-CR-000105-JLT-SKO to May 24, 2024, to trail the related case. This stipulation is entered into
2  to further provide defendant with reasonable time necessary for effective preparation, so that the defendant
3  can review the discovery, for defendant to consider a resolution of the case, and to effect a savings of
4  judicial effort and other economies.

6      IT IS SO STIPULATED.

8  Dated: May 21, 2024                                    PHILLIP A. TALBERT
                                                              United States Attorney

                                                              */s/ Cody Chapple*
                                                              Cody Chapple
                                                              Assistant United States Attorney

Dated: May 21, 2024                                    */s/ E. Marshall Hodgkins*
                                                              E. Marshall Hodgkins
                                                              Counsel for Garrett Scott Wheelen

# **ORDER**

The Court has read and considered the parties' stipulation to continue the status conference in the case numbered 1:22-CR-00105-JLT-SKO from May 22, 2024, to May 24, 202 at 2:00 pm. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery, consider a pre-trial resolution of the case, and to accomplish a savings of judicial effort and other economies.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **May 21, 2024**

UNITED STATES MAGISTRATE JUDGE